IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LUCY EDITH DELORES SANDERS,

    Plaintiff,

v.                                            5:14cv161-WS/EMT

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security Administration,

    Defendant.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed April 27, 2015. See Doc. 13. The magistrate judge recommends that the decision of the Commissioner be reversed. No objections to the report and recommendation have been filed.

Upon review of the entire record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 13) is adopted and incorporated by reference in this order of the court.

2. The Commissioner's decision is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g).

3. This case shall be REMANDED to the Commissioner for further consideration consistent with the magistrate judge's report and recommendation.

4. The clerk shall enter judgment stating: "The decision of the Commissioner is REVERSED."

DONE AND ORDERED this   1st   day of   June  , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE