UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LUCY EDITH DELORES SANDERS,

    Plaintiff,

v.                                        5:14cv161–WS/EMT

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____

ORDER GRANTING PLAINTIFF'S
APPLICATION FOR ATTORNEY'S FEES

    Before the court is the magistrate judge's report and recommendation (doc. 17) docketed August 17, 2015.  The magistrate judge recommends that the plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act (EAJA) be granted.  No objections to the report and recommendation have been filed.

    The parties having agreed to an attorney's fee award in the amount of $2,170.00, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 17) is

ADOPTED and incorporated into this order.

    2. Lucy Edith Delores Sanders's application for attorney's fees (doc. 16) is GRANTED.

    3. Lucy Edith Delores Sanders is entitled to recover fees in the amount of $2,170.00 for the time expended by her counsel in representing her before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA).

    4. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010), payment shall be made payable to Sanders and mailed to Sanders in care of her attorney, Todd C. Brister, Attorney at Law, 810 Grace Avenue, Panama City, FL 32401. The fee is subject to an offset to satisfy any qualifying, outstanding debt that Sanders may owe to the United States.

    DONE AND ORDERED this __4th__ day of __September__, 2015.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE